# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Gerald Ruggiero**
        Plaintiff(s)

vs.                         **CASE NUMBER: 5:17-cv-00790-DNH-ATB**

**CITY OF CORTLAND, New York; BRIAN TOBIN, individually and in his official capacity as Mayor; RICHARD VAN DONSEL, individually and in his official capacity as Corporation Counsel; DAVID BRIGGS, individually and in his official capacity as Tax Assessor; ROBERT RHEA, individually and in his official capacity as Zoning Officer; MARY KAY HICKEY, individually and in her official capacity as Chairperson of the Zoning Board of Appeals; and KATHRYN SILLIMAN, individually and in her official capacity as Alderman,**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the City defendants' motion for summary judgment is GRANTED; and Plaintiff's second amended complaint is DISMISSED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated this 16th day of September 2021.

DATED: September 16, 2021

Clerk of Court

s/_____
G.Demyttenaere
Deputy Clerk